# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

## January 17, 2025

CL-2024-0305

E.S. v. Calhoun County Department of Human Resources (Appeal from Calhoun Juvenile Court: JU-17-196.02).

CL-2024-0306

E.S. v. Calhoun County Department of Human Resources (Appeal from Calhoun Juvenile Court: JU-17-198.02).

CL-2024-0307

R.S. v. Calhoun County Department of Human Resources (Appeal from Calhoun Juvenile Court: JU-17-196.02).

CL-2024-0308

R.S. v. Calhoun County Department of Human Resources (Appeal from Calhoun Juvenile Court: JU-17-198.02).

## <u>ORDER</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

CL-2024-0305 -- Application for Rehearing Overruled. No opinion written on rehearing.

CL-2024-0306 -- Application for Rehearing Overruled.  No opinion written on rehearing.

CL-2024-0307 -- Application for Rehearing Overruled.  No opinion written on rehearing.

CL-2024-0308 -- Application for Rehearing Overruled.  No opinion written on rehearing.

Edwards, Hanson, and Fridy, JJ., concur.

Moore, P.J., and Lewis, J., concur in the result, without opinions.

Nathan P. Wilson, Clerk